THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL YOHANNES,<br><br>Defendant. | CASE NO. CR12-0237-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motion to amend judgment (Dkt. No. 627). On February 22, 2013, Mr. Yohannes was sentenced to 9 months for a supervised-release violation in Case No. CR06-0026-RSL. On June 18, 2013, Mr. Yohannes was sentenced in this case to 24 months for the same underlying conduct. (Dkt. No. 447.) Both judgments make clear the sentences were ordered to run concurrently. However, the defendant is apparently not receiving credit against the sentence imposed by this Court for the time between his sentencing in CR06-0026 and his sentencing in this case. Accordingly, the Court amends his sentence to 20 months to ensure that the defendant's sentence reflects the Court's intent.

//
//
//

ORDER
PAGE - 1

1  DATED this 5th day of November 2013.

2

3

4

5

6

7  John C. Coughenour
8  UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
PAGE - 2